**Harrison Eugene STONE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 68025.**

Missouri Court of Appeals,
Western District.

May 20, 2008.

Laura G. Martin, Asst. Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO, for Respondent, Evan J. Buchheim, Asst. Atty. General, Jefferson City, MO, joins on the briefs for respondent.

Before PAUL M. SPINDEN, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

### Order

PER CURIAM.

Harrison Stone appeals the denial of his Rule 29.15 motion for postconviction relief without an evidentiary hearing.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurispru-